IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES ROBINSON,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GEICO GENERAL INSURANCE COMPANY,** | : | |
| *Defendant.* | : | **NO. 21-cv-05059** |

**ORDER**

AND NOW, this **4th** day of **March 2022**, upon consideration of Plaintiff's Motion for Leave to Amend Complaint (ECF No. 16) and Defendant's Response to Plaintiff's Motion for Leave to Amend Complaint (ECF No. 17) it is hereby **ORDERED** that based on the reasoning set forth in the accompanying Memorandum Opinion, Plaintiff's Motion (ECF No. 16) is **DENIED**.

BY THE COURT:

/s/ *Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**