IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES ROBINSON,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GEICO GENERAL INSURANCE COMPANY,** | : | |
| *Defendant.* | : | NO. 21-cv-05059 |

**ORDER**

**AND NOW,** this **9th** day of **March 2022**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction.

BY THE COURT:

*/s/ Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**